FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR03-00820 ABC |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| PHAYVANH SAYASANH, | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the CDCA involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A.   (X) the appearance of defendant as required; and/or

    B.   ( ) the safety of any person or the community.

```
 1                    The Court concludes:
 2         A.   ( ) Defendant poses a risk to the safety of other
 3                  persons or the community because defendant has not
 4                  demonstrated by clear and convincing evidence that:
 5                  _____
 6                  _____
 7                  _____
 8         B.   (X) Defendant is a flight risk because defendant has
 9                  not shown by clear and convincing evidence that: _
10                  he can abide by cond. of release
11                  _____
12                  _____
13                  _____
14                  ___
15         IT IS ORDERED defendant be detained.
16
17   DATED: 6-15-09                    /s/ Carolyn Turchin
18                                     _____
                                       CAROLYN TURCHIN
19                                     U.S. MAGISTRATE/DISTRICT JUDGE
20
27   [11/04]
```